

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2018

No. 04-17-00811-CV

Richard O. **WEED**, Timothy A. Weed, and Rees R. Oliver, III,
Appellants

v.

**FROST BANK**, Individually and as Independent Executor of the Estate of Rees R. Oliver, Jr.
Deceased,
Appellees

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011-PC-2024A
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Appellants' unopposed motion for extension of time to file the reply brief is granted. We order appellants' reply brief due July 2, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court